IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00203-CMA-BNB

CYNTHIA MULLEN,
DEBBIE JOHNSON, and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

Plaintiffs,

v.

PORTERCARE ADVENTIST HEALTHCARE SYSTEM, d/b/a CENTURA HEALTH-PORTER ADVENTIST HOSPITAL, a Colorado non-profit corporation, and
B.S.M.C. LIMITED LIABILITY COMPANY, d/b/a Brookside Inn, a Colorado limited liability company,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion to Vacate Scheduling Conference** [docket no. 27, filed April 30, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for May 8, 2014, is **VACATED.**

IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **May 30, 2014**, or a status report addressing why dismissal has not been accomplished.


DATED:  April 30, 2014