IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-00203-CMA-BNB

CYNTHIA MULLEN,
DEBBIE JOHNSON, and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

      Plaintiffs,

v.

PORTERCARE ADVENTIST HEALTHCARE SYSTEM,
   d/b/a CENTURA HEALTH PORTER ADVENTIST HOSPITAL,
  a Colorado non-profit corporation, and
B.S.M.C. Limited Liability Company, d/b/a
BROOKSIDE INN, a Colorado limited liability company,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion to Dismiss With Prejudice (Doc. # 35), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED: June __11__, 2014

                                              BY THE COURT:

                                              _/s/ Christine M. Arguello_

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge